# United States Bankruptcy Court
## Southern District of Florida

In re   **SRAI, Inc.**  
                         Debtor(s)

Case No.  
Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SRAI, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 3, 2013**  
Date

**/s/ Marc P. Barmat**  
**Marc P. Barmat 0022365**  
Signature of Attorney or Litigant  
Counsel for   **SRAI, Inc.**  
**Furr & Cohen**  
**2255 Glades Rd.**  
**Suite 337W**  
**Boca Raton, FL 33431**  
**561-395-0500 Fax:561-338-7532**