**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-31119 JKO Judge: John K. Olson | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|
| Case Name: | SRAI, INC. | Date Filed (f) or Converted (c): | 09/03/13 (f) |
| | | 341(a) Meeting Date: | 10/10/13 |
| For Period Ending: | 06/30/16 | Claims Bar Date: | 01/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty cash | 450.00 | 0.00 | | 0.00 | FA |
| 2. Business Checking Account #1731 with TD Bank | 287.10 | 0.00 | | 0.00 | FA |
| 3. General Liability Insurance Policy No. PAC7002516 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Commencial Property Insurance Policy No. NN313330 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Workers Compensation Insurance Policy No. 76 WBG P | 0.00 | 0.00 | | 0.00 | FA |
| 6. Possible entitlement to Attn Fees from arbitration | Unknown | 0.00 | | 0.00 | FA |
| 7. Patients/customers identities are protectd by HIPP | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Mitsubishi Eclipse, VIN 4A3AL35T37E010208 own | 7,500.00 | 4,500.00 | | 4,500.00 | FA |
| Order Granting Trustee, Motion (1) to Employ DMS, Inc. As Auctioneer Nunc Pro Tunc to July 10, 2014; and (2) For Authority to (A) Conduct Public Auction of Vehicle (B) Pay Auctioneer and (C) Pay other related Expenses 09/05/14 (ECF 98) | | | | | |
| 9. Furniture, fixtures and equipment on attached list | 0.00 | 0.00 | | 0.00 | FA |
| Amended Schedule B (ECF 20 ) Removed these items. | | | | | |
| 10. SmartlipoMPX Laser Body Sculpting Workstation and | 0.00 | 0.00 | | 0.00 | FA |
| Amended Schedule B (ECF 20 ) Removed these items. | | | | | |
| 11. Surgical supplies | 0.00 | 0.00 | | 0.00 | FA |
| Amended Schedule B (ECF 20 ) Removed these items. | | | | | |
| 12. Work Comp Insurance Premium Refund (u) | 0.00 | 55.91 | | 55.91 | FA |
| 13. Promissory Note- Roger L. Gordon (u) | 50,000.00 | 1.00 | | 0.00 | FA |
| Added on Amended Schedule B 10/16/13 (ECF 27) | | | | | |
| 14. Global Settlement of Jade Group Entities/Davis (u) | 0.00 | 750,000.00 | | 273,333.44 | 476,666.56 |
| Trustee's Motion to Approve Stipulation for Compromise and Settlement 10/29/14 (ECF 102) | | | | | |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. Settlement with AMEX (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |

LFORM1

Ver: 19.06a

**FORM 1**

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 13-31119  JKO  Judge: John K. Olson  
Case Name: SRAI, INC.

Trustee Name: Scott N. Brown, Trustee  
Date Filed (f) or Converted (c): 09/03/13 (f)  
341(a) Meeting Date: 10/10/13  
Claims Bar Date: 01/08/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 12/07/15 (ECF 140) | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $58,237.10 | $794,556.91 | | $317,889.35 | $476,666.56 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Court determined that patient care ombudsman was unnecessary as medical files (Asset #7) were transferred by Debtor

pre-petition (ECF Nos. 11 & 20).

Trustee has retained KapilaMukamal, LLP as the Estate's accounts, financial consultants and forensic consultants (ECF No

79).

Schedule B was amended by ECF No. 20 to reflect that Asset #'s 9-11 were transferred pre-petition.

Trustee, through counsel has engaged in substantial discovery to date (see ECF Nos. 35-41).

Claims Bar Date - 1/8/14.

Status Conference held on 7/15/14.

On 10/29/14, the Trustee filed a motion to approve a global settlement for $750,000 (ECF No. 102). Objections were filed

and a preliminary hearing took place on 12/2/14.

On 3/23/15, the Court entered an order approving a $750,000.00 settlement between the Trustee and certain of the

Debtor's insiders (ECF No. 122). Payment term is 60 months - last payment due 2/15/20.

Monitoring payments. UCC-1 filed to secure payment.

Trustee settled avoidance claim against Amex for $40,000.00.

Trustee is in the process of reviewing claims.

Monitoring settlement payments.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | |
|---|---|---|
| Case No: | 13-31119    JKO    Judge: John K. Olson | Trustee Name:    Scott N. Brown, Trustee |
| Case Name: | SRAI, INC. | Date Filed (f) or Converted (c):    09/03/13 (f) |
| | | 341(a) Meeting Date:    10/10/13 |
| | | Claims Bar Date:    01/08/14 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 06/30/20

LFORM1    Ver: 19.06a

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 13-31119 -JKO | Trustee Name: Scott N. Brown, Trustee |
| Case Name: | SRAI, INC. | Bank Name: UNION BANK |
| | | Account Number / CD #: *******7483 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7489 | |
| For Period Ending: | 06/30/16 | Blanket Bond (per case limit): $ 123,797,500.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/14 | 12 | THE HARTFORD | return premium - worker's comp | 1290-000 | 55.91 | | 55.91 |
| | | | Return Premium - worker's comp | | | | |
| 09/22/14 | | DMS INC | Auction Sale | | 4,500.00 | | 4,555.91 |
| | | 4700 SW 51ST STREET BAY 208 | Order Granting Trustee, Motion (1) to Employ DMS, | | | | |
| | | DAVIE, FL 33314-5521 | Inc. As Auctioneer Nunc Pro Tunc to July 10, 2014; | | | | |
| | | | and (2) For Authority to (A) Conduct Public Auction | | | | |
| | | | of Vehicle (B) Pay Auctioneer and (C) Pay other | | | | |
| | | | related Expenses 09/05/14 (ECF 98) | | | | |
| | 8 | | Memo Amount:     4,500.00 | 1129-000 | | | |
| | | | Asset # 8 | | | | |
| 10/07/14 | 300001 | DMS INC | Order Granting Trustee's Motion | 3630-000 | | 450.00 | 4,105.91 |
| | | 4700 SW 51ST STREET BAY 208 | (1) to Employ DMS, Inc. As Auctioneer Nunc Pro | | | | |
| | | DAVIE, FL 33314-5521 | Tunc to July 10, 2014; and (2) for Authority to (A) | | | | |
| | | | Conduct public Auction of Vehicle (B) Pay | | | | |
| | | | Auctioneer and (C) Pay other related expenses (ECF | | | | |
| | | | 98) | | | | |
| 10/07/14 | 300002 | DMS INC | Order Granting Trustee's Motion | 3640-000 | | 750.00 | 3,355.91 |
| | | 4700 SW 51ST STREET BAY 208 | (1) to Employ DMS, Inc. As Auctioneer Nunc Pro | | | | |
| | | DAVIE, FL 33314-5521 | Tunc to July 10, 2014; and (2) for Authority to (A) | | | | |
| | | | Conduct public Auction of Vehicle (B) Pay | | | | |
| | | | Auctioneer and (C) Pay other related expenses (ECF | | | | |
| | | | 98) | | | | |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,340.91 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,325.91 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,310.91 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,295.91 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,280.91 |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,265.91 |

Page Subtotals     4,555.91     1,290.00

LFORM24

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 13-31119 -JKO | | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|---|
| Case Name: | SRAI, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******7483  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7489 | | | |
| For Period Ending: | 06/30/16 | | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/15/15 | | Transfer from Acct #*******8499 | Bank Funds Transfer | 9999-000 | 110,833.34 | | 114,099.25 |
| 04/16/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 124,932.59 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 124,917.59 |
| 05/14/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 135,750.93 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 91.68 | 135,659.25 |
| 06/08/15 | 300003 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1440<br>Miami FL 33131 | Order Approving First Interim Fee<br>Application of Counsel for Chapter 7 Trustee<br>06/05/15 (ECF 131) | 3110-000 | | 86,000.00 | 49,659.25 |
| 06/08/15 | 300004 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1440<br>Miami FL 33131 | Order Approving First Interim Fee<br>Application of Counsel for Chapter 7 Trustee<br>06/05/15 (ECF 131) | 3120-000 | | 2,830.73 | 46,828.52 |
| 06/12/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 57,661.86 |
| 06/16/15 | 300005 | KAPILAMUKAMAL, LLP<br>1 SE 3rd Ave, Ste 2150<br>Miami, FL 33131 | Order Granting First Interim Fee<br>Application of KapilaMukamal, LLP 06/15/15 (ECF 133) | 3410-000 | | 27,076.32 | 30,585.54 |
| 06/16/15 | 300006 | KAPILAMUKAMAL, LLP<br>1 SE 3rd Ave, Ste 2150<br>Miami, FL 33131 | Order Granting First Interim Fee<br>Application of KapilaMukamal, LLP 06/15/15 (ECF 133) | 3420-000 | | 5.14 | 30,580.40 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 194.47 | 30,385.93 |
| | | | Page Subtotals | | 143,333.36 | 116,213.34 | |

LFORM24

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 13-31119 -JKO | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|
| Case Name: | SRAI, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7483 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7489 | | |
| For Period Ending: | 06/30/16 | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/17/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 41,219.27 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 104.85 | 41,114.42 |
| 08/17/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 51,947.76 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.37 | 51,896.39 |
| 09/18/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 62,729.73 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 68.36 | 62,661.37 |
| 10/15/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 73,494.71 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.82 | 73,414.89 |
| 11/16/15 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 84,248.23 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 101.42 | 84,146.81 |
| 12/03/15 | 16 | AMERICAN EXPRESS<br>TRAVEL RELATED SERVICE<br>2401 W BEHREND DRIVE, SUITE 55<br>PHOENIX, AZ 85027 | Payment Per Stip Agreement<br>Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 12/07/15 (ECF 140) | 1249-000 | 30,000.00 | | 114,146.81 |
| 12/03/15 | 16 | AMERICAN EXPRESS | Payment Per Stip Agreement | 1249-000 | 10,000.00 | | 124,146.81 |

Page Subtotals   94,166.70   405.82

Ver: 19.06a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 13-31119 -JKO | Trustee Name: | Scott N. Brown, Trustee |
| --- | --- | --- | --- |
| Case Name: | SRAI, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7483 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7489 | | |
| For Period Ending: | 06/30/16 | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/15/15 | 14 | TRAVEL RELATED SERVICE<br>2401 W BEHREND DRIVE, SUITE 55<br>PHOENIX, AZ 85027<br>JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Order Granting Trustee's Motion to approve Stipulation for Compromise and Settlement 12/07/15 (ECF 140)<br>Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 134,980.15 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.84 | 134,867.31 |
| 01/15/16 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 145,700.65 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 187.05 | 145,513.60 |
| 02/15/16 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 156,346.94 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 206.58 | 156,140.36 |
| 03/08/16 | 300007 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami FL 33131 | Order Approving Second Interim Fee Application of Counsel for Chapter 7 Trustee 03/04/16 (ECF 148) | 3110-000 | | 17,923.50 | 138,216.86 |
| 03/08/16 | 300008 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami FL 33131 | Order Approving Second Interim Fee Application of Counsel for Chapter 7 Trustee 03/04/16 (ECF 148) | 3120-000 | | 1,648.62 | 136,568.24 |
| 03/08/16 | 300009 | KAPILAMUKAMAL, LLP<br>1 SE 3rd Ave, Ste 2150<br>Miami, FL 33131 | Order Approving Second Interim Fee Application of Accountant for Chapter 7 Trustee 03/04/16 (ECF 149) | 3410-000 | | 10,460.52 | 126,107.72 |
| 03/08/16 | 300010 | KAPILAMUKAMAL, LLP | Order Approving Second Interim Fee | 3420-000 | | 210.67 | 125,897.05 |

Page Subtotals    32,500.02    30,749.78

LFORM24                                                                                                                    Ver: 19.06a

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-31119 -JKO | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|
| Case Name: | SRAI, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7483  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7489 | | |
| For Period Ending: | 06/30/16 | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/15/16 | 14 | 1 SE 3rd Ave, Ste 2150<br>Miami, FL 33131<br>JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Application of Accountant for Chapter 7 Trustee 03/04/16 (ECF 149)<br>Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 136,730.39 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 208.45 | 136,521.94 |
| 04/20/16 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 147,355.28 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 214.65 | 147,140.63 |
| 05/24/16 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 157,973.97 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 200.95 | 157,773.02 |
| 06/16/16 | 14 | JADE HOLDINGS GROUP, LLC<br>DBA STRAX REJUVENATION<br>4300 N UNIVERSITY DR. STE E200<br>FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement | 1249-000 | 10,833.34 | | 168,606.36 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 221.66 | 168,384.70 |

Page Subtotals     43,333.36     845.71

LFORM24

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

| Case No: | 13-31119 -JKO | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|
| Case Name: | SRAI, INC. | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | *******7483  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7489 |  |  |
| For Period Ending: | 06/30/16 | Blanket Bond (per case limit): | $ 123,797,500.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 4,500.00 | COLUMN TOTALS | | 317,889.35 | 149,504.65 | 168,384.70 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 110,833.34 | 0.00 |  |
|  |  | Subtotal | | 207,056.01 | 149,504.65 |  |
| Memo Allocation Net: | 4,500.00 | Less: Payments to Debtors | |  | 0.00 |  |
|  |  | Net | | 207,056.01 | 149,504.65 |  |

Page Subtotals        0.00        0.00

Ver: 19.06a

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

| Case No: | 13-31119 -JKO | | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|---|
| Case Name: | SRAI, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8499  Checking Account |
| Taxpayer ID No: | *******7489 | | | |
| For Period Ending: | 06/30/16 | | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/14 | 14 | JADE HOLDINGS GROUP, LLC DBA STRAX REJUVENATION 4300 N UNIVERSITY DR. STE E200 FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement Trustee's Motion to Approve Stipulation for Compromise and Settlement10/29/14 (ECF 102) | 1249-000 | 25,000.00 | | 25,000.00 |
| 12/17/14 | 14 | JADE HOLDINGS GROUP, LLC DBA STRAX REJUVENATION 4300 N UNIVERSITY DR. STE E200 FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement Trustee's Motion to Approve Stipulation for Compromise and Settlement10/29/14 (ECF 102) | 1249-000 | 25,000.00 | | 50,000.00 |
| 01/27/15 | 14 | JADE HOLDINGS GROUP, LLC DBA STRAX REJUVENATION 4300 N UNIVERSITY DR. STE E200 FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement Trustee's Motion to Approve Stipulation for Compromise and Settlement10/29/14 (ECF 102) | 1249-000 | 25,000.00 | | 75,000.00 |
| 02/23/15 | 14 | JADE HOLDINGS GROUP, LLC DBA STRAX REJUVENATION 4300 N UNIVERSITY DR. STE E200 FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement Trustee's Motion to Approve Stipulation for Compromise and Settlement10/29/14 (ECF 102) | 1249-000 | 25,000.00 | | 100,000.00 |
| 03/13/15 | 14 | JADE HOLDINGS GROUP, LLC DBA STRAX REJUVENATION 4300 N UNIVERSITY DR. STE E200 FORT LAUDERDALE, FL 33351 | Payment Per Stip Agreement Trustee's Motion to Approve Stipulation for Compromise and Settlement10/29/14 (ECF 102) | 1249-000 | 10,833.34 | | 110,833.34 |
| 04/15/15 | | Transfer to Acct #*******7483 | Bank Funds Transfer | 9999-000 | | 110,833.34 | 0.00 |

Page Subtotals    110,833.34    110,833.34

LFORM24

Ver: 19.06a

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-31119 -JKO | | Trustee Name: | Scott N. Brown, Trustee |
|---|---|---|---|---|
| Case Name: | SRAI, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8499  Checking Account |
| Taxpayer ID No: | *******7489 | | | |
| For Period Ending: | 06/30/16 | | Blanket Bond (per case limit): | $ 123,797,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 110,833.34 | 110,833.34 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 110,833.34 | |
| | | Subtotal | 110,833.34 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 110,833.34 | 0.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 4,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********7483 | 207,056.01 | 149,504.65 | 168,384.70 |
| | | Checking Account - ********8499 | 110,833.34 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 4,500.00 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 317,889.35 | 149,504.65 | 168,384.70 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

LFORM24

Ver: 19.06a