**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re: | Case No.: .13-31119-BKC-JKO
Chapter 7

**SRAI, INC.**

Debtor.
____________________________/

**<u>TRUSTEE'S OBJECTION TO CLAIM NOS. 26, 27 AND 28</u>**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to Scott N. Brown, Trustee, c/o Scott N. Brown, Esquire, Suntrust International Center, One Southeast Third Avenue, Suite 1400, Miami, FL 33131 OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court**: 299 East Broward Blvd., Room 112, Fort Lauderdale, Florida 33301.

Pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, the Trustee objects to the following claim filed in this case:

| Claim No. | Name and Address of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition of Claim |
|---|---|---|---|
| 26 | Ralph L. Maling<br>300 Golfview Drive<br>N. Palm Beach, FL 33408 | $127,166.00 (Secured) | Claimant, Ralph Maling, was an "insider" of the Debtor is defined in Section 101 of the Bankruptcy Code by virtue of his ownership of 17.288271% of the Debtor's stock. The Claim filed by Maling arises from a $116,666.00 undated Promissory Note (the "Note") and accompanying Security Agreement (the "Security Agreement"). Attached to the Claim is a UCC-1 Financing Statement that does not appear to have been filed with the State of Florida and thus, any purported security interest of Claimant is unperfected. Moreover, there is no evidence that the Note and Security Agreement were executed contemporaneously with any purported loan by Maling to the Debtor. Finally, given his insider status and the Debtor's chronic undercapitalization, the Trustee asserts that to the extent that Maling did provide finds to the Debtor, that such amounts be recharacterized as equity or, in the alternative, equitably subordinated to all timely filed and allowed claims. Accordingly, the Trustee recommends that this Claim be stricken and disallowed. |

| | | | |
|---|---|---|---|
| 27 | Ralph L. Maling<br>300 Golfview Drive<br>N. Palm Beach, FL 33408 | $6,132.13<br>(Secured) | Claimant, Ralph Maling, was an "insider" of the Debtor is defined in Section 101 of the Bankruptcy Code by virtue of his ownership of 17.288271% of the Debtor's stock. The Claim filed by Maling asserts that he loaned money to the Debtor to purchase a 2007 Mitsubishi (the "Vehicle"). However, no documents supporting Maling's assertion that he loaned funds to the Debtor for the purchase of the Vehicle are attached to the Claim. Moreover, Maling consented to the sale of the Vehicle for the benefit of the Estate (*see* ECF Nos. 84 & 98). Finally, given his insider status and the Debtor's chronic undercapitalization, the Trustee asserts that to the extent that Maling did provide finds to the Debtor, that such amounts be recharacterized as equity or, in the alternative, equitably subordinated to all timely filed and allowed claims. Accordingly, the Trustee recommends that this Claim be stricken and disallowed. |

| | | | |
|---|---|---|---|
| 28 | Ralph L. Maling<br>300 Golfview Drive<br>N. Palm Beach, FL 33408 | $38,150.00<br>(Secured) | Claimant, Ralph Maling, was an “insider” of the Debtor is defined in Section 101 of the Bankruptcy Code by virtue of his ownership of 17.288271% of the Debtor’s stock. The Claim filed by Maling arises from a $35,000.00 undated Promissory Note (the “Note”) and accompanying Security Agreement (the “Security Agreement”). Attached to the Claim is a UCC-1 Financing Statement that does not appear to have been filed with the State of Florida and thus, any purported security interest of Claimant is unperfected. Moreover, there is no evidence that the Note and Security Agreement were executed contemporaneously with any purported loan by Maling to the Debtor. Finally, given his insider status and the Debtor’s chronic undercapitalization, the Trustee asserts that to the extent that Maling did provide finds to the Debtor, that such amounts be recharacterized as equity or, in the alternative, equitably subordinated to all timely filed and allowed claims. Accordingly, the Trustee recommends that this Claim be stricken and disallowed. |

Respectfully submitted,

BAST AMRON LLP
*Counsel for the Trustee, Scott N. Brown*
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email: sbrown@bastamron.com

By:/s/ Scott N. Brown
Scott N. Brown, Esq. (FBN 663077)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 23rd day of March, 2017 as follows.

/s/ Scott N. Brown
Scott N. Brown, Esq.

**VIA CM/ECF**

Marc P Barmat sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
Andrew M. Bellinson bellinsoncourt@bellsouth.net, bellinsoncourt2@gmail.com; millerandfunciapa@ecf.inforuptcy.com
Michael C Compo mcompolaw@gmail.com, officemcompolaw@gmail.com
Ross R Hartog rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com; mrthbkc@gmail.com;acastro@mrthlaw.com;ycandia@mrthlaw.com
Matthew Mazur mmazurjr@mazur-law.com, mazurpaecf@gmail.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Gregg J. Ormond gjo@ormondlaw.com, nrb@ormondlaw.com;jr@ormondlaw.com
David A Ray dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com
Brian G Rich brich@bergersingerman.com, efile@bergersingerman.com; bwalter@bergersingerman.com; efile@ecf.inforuptcy.com
Harry J Ross hross@hjrlaw.com, jerri@hjrlaw.com

**VIA U.S. Mail**

Ralph L. Maling
300 Golfview Drive
N. Palm Beach, FL 33408