**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re: Case No.: .13-31119-BKC-JKO
Chapter 7

**SRAI, INC.**

Debtor.
____________________________/

**TRUSTEE'S AGREED OBJECTION TO CLAIM NO. 32**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to Scott N. Brown, Trustee, c/o Scott N. Brown, Esquire, Suntrust International Center, One Southeast Third Avenue, Suite 1400, Miami, FL 33131 OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court**: 299 East Broward Blvd., Room 112, Fort Lauderdale, Florida 33301.

Pursuant to Fed. R. Bankr. P. 3007 and Local Rule 3007-1, the Trustee objects to the following claim filed in this case:

| Claim No. | Name and Address of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition of Claim |
|---|---|---|---|
| 32 | Marta and Jose Rios<br>c/o Skip Pita, Esquire<br>Pita Del Prado & Munoz<br>9350 S. Dixie Highway, #1200<br>Miami, FL 33156 | $150,500.00<br>(Unsecured) | As reflected in the attachment to the Proof of Claim, Claimants entered into a settlement with (a) the Debtor and (b) non-Debtor Surgery Center of Broward, LLC ("SCB"). Claimants' counsel has advised the Trustee that SCB has paid all amounts due under the settlement and thus, there is no remaining sum due from the Debtor. Accordingly, the Trustee, with Claimants' counsel's agreement, recommends that this claim be stricken and disallowed and will upload an agreed order contemporaneously with the filing of the instant Objection striking and disallowing the Claim. |

Respectfully submitted,

BAST AMRON LLP
*Counsel for the Trustee, Scott N. Brown*
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email: sbrown@bastamron.com

By:/s/ Scott N. Brown
Scott N. Brown, Esq. (FBN 663077)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served this 27th day of March, 2017 as follows.

/s/ Scott N. Brown
Scott N. Brown, Esq.

**VIA CM/ECF**

Marc P Barmat sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
Andrew M. Bellinson bellinsoncourt@bellsouth.net, bellinsoncourt2@gmail.com;

millerandfunciapa@ecf.inforuptcy.com
Michael C Compo mcompolaw@gmail.com, officemcompolaw@gmail.com
Ross R Hartog rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com; mrthbkc@gmail.com;acastro@mrthlaw.com;ycandia@mrthlaw.com
Matthew Mazur mmazurjr@mazur-law.com, mazurpaecf@gmail.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Gregg J. Ormond gjo@ormondlaw.com, nrb@ormondlaw.com;jr@ormondlaw.com
David A Ray dray@draypa.com, draycmecf@gmail.com;sramirez.dar@gmail.com
Brian G Rich brich@bergersingerman.com, efile@bergersingerman.com; bwalter@bergersingerman.com; efile@ecf.inforuptcy.com
Harry J Ross hross@hjrlaw.com, jerri@hjrlaw.com

**VIA U.S. Mail**

Marta and Jose Rios
c/o Skip Pita, Esquire
Pita Del Prado & Munoz
9350 S. Dixie Highway, #1200
Miami, FL 33156