**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re:                                                                            Case No.: 13-31119-PDR
                                                                                        Chapter 7
**SRAI, INC.**

_____Debtor_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

      The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

      The dividend checks were mailed to creditors on August 17, 2020. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: August 17, 2020                                                  /s/ Scott N. Brown
                                                                                        Scott N. Brown, Trustee
                                                                                        One Southeast Third Ave, Ste 1400
                                                                                        Miami, FL 33131
                                                                                        Telephone: (305) 379-7904

Printed: 08/17/20 3:31 PM    Page: 1

## Claims Distribution Register

**Case:   13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/16/17 | 200 | MARCUM, LLP<br>1 SE Third Ave., 10th Fl.<br>Miami, FL 33131<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | $ 3.30 | $ 3.30 | $ 3.30 | $ 0.00 | $ 0.00 |
| | 05/16/17 | 200 | MARCUM, LLP<br>1 SE Third Ave., 10th Fl.<br>Miami, FL 33131<br><3410-00 Accountant for Trustee Fees (Other Firm)> | $ 39,000.00 | $ 39,000.00 | $ 39,000.00 | $ 0.00 | $ 0.00 |
| | 06/24/15 | 200 | KAPILAMUKAMAL, LLP<br>1 SE 3rd Ave, Ste 2150<br>Miami, FL 33131<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | $ 560.48 | $ 560.48 | $ 560.48 | $ 0.00 | $ 0.00 |
| | 06/24/15 | 200 | KAPILAMUKAMAL, LLP<br>1 SE 3rd Ave, Ste 2150<br>Miami, FL 33131<br><3410-00 Accountant for Trustee Fees (Other Firm)> | $ 53,165.20 | $ 53,165.20 | $ 53,165.20 | $ 0.00 | $ 0.00 |
| | 03/08/16 | 200 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami, FL 33131<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | $ 6,230.63 | $ 6,230.63 | $ 6,230.63 | $ 0.00 | $ 0.00 |
| | 03/08/16 | 200 | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue #1400<br>Miami, FL 33131<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 150,916.00 | $ 150,916.00 | $ 150,916.00 | $ 0.00 | $ 0.00 |
| | 06/19/20 | 200 | Scott N. Brown<br>One Southeast Third Ave, Ste 1400<br>Miami, FL 33131<br><2100-00 Trustee Compensation> | $ 44,464.49 | $ 44,464.49 | $ 44,464.49 | $ 0.00 | $ 0.00 |
| | 06/26/20 | 200 | Scott N. Brown<br>One Southeast Third Ave, Ste 1400<br>Miami, FL 33131<br><2200-00 Trustee Expenses> | $ 194.63 | $ 194.63 | $ 194.63 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 200:    100% Paid | $ 294,534.73 | $ 294,534.73 | $ 294,534.73 | $ 0.00 | $ 0.00 |
| | | | Total for Admin Ch. 7 Claims: | $ 294,534.73 | $ 294,534.73 | $ 294,534.73 | $ 0.00 | $ 0.00 |

Printed: 08/17/20 3:31 PM                                                                                                                    Page: 2

# Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 000001 | 09/11/13 | 100 | WELLS FARGO FINANCIAL LEASING, INC.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309<br><4210-00 Personal Property & Intangibles - Consensual Liens> | $ 6,423.92 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| D0 | | 100 | Great American Leasing Corporation<br>625 First St. Cedar Rapids, IA 52401-2030Account No 588<br>Great American Leasing Corporation<br>Cedar Rapids, IA 52401<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| D0 | | 100 | Jade Holdings Group, LLC 11380 Prosperity Farms Rd #221E Palm Beach Gardens, FL 33410Account No<br>Jade Holdings Group LLC<br>Palm Beach Gardens, FL 33410<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| D0 | | 100 | Jeffry A. Davis 1316 Middle River Dr. Fort Lauderdale, FL 33304Account No<br>Jeffry A. Davis<br>Fort Lauderdale, FL 33304<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| D0 | | 100 | Jeffry A. Davis 1316 Middle River Dr. Fort Lauderdale, FL 33304Account No<br>Jeffry A. Davis<br>Fort Lauderdale, FL 33304<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| D0 | | 100 | Jeffry A. Davis 1316 Middle River Dr. Fort Lauderdale, FL 33304Account No<br>Jeffry A. Davis<br>Fort Lauderdale, FL 33304<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| D0 | | 100 | Michael J. Garnick 1290 Stockton Rd Meadowbrook, PA 19046Account No<br>Michael J. Garnick<br>Meadowbrook, PA 19046<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| D0 | | 100 | Ralph L. Maling 1508 NE 5th Court Fort Lauderdale, FL 33301Account No<br>Ralph L. Maling<br>Fort Lauderdale, FL 33301<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Printed: 08/17/20 3:31 PM                                                                                           Page: 3

# Claims Distribution Register

**Case:  13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| D0 | | 100 | Ralph L. Maling 1508 NE 5th Court Fort Lauderdale, FL 33301Account No<br>Ralph L. Maling<br>Fort Lauderdale, FL 33301 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | | | | | |
| D0 | | 100 | Summit Funding Group, Inc. 11500 Northlake Dr. #300 Cincinnati, OH 45249Account No<br>Summit Funding Group Inc.<br>Cincinnati, OH 45249 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | | | | | |
| | | | Total for Priority 100:    0% Paid | $ 6,423.92 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 6,423.92 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Priority Claims:**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 540 | Broward County Revenue Collection Div. 115 S Andrews Ave #A | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <5600-00 Consumer Deposits - § 507(a)(7)> | | | | | |
| | | 540 | Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahasse | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <5600-00 Consumer Deposits - § 507(a)(7)> | | | | | |
| | | 540 | Internal Revenue Service POB 7346 Philadelphia, PA 19101-734 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <5600-00 Consumer Deposits - § 507(a)(7)> | | | | | |
| | | | Total for Priority 540:    0% Paid | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002A | 09/11/13 | 570 | INTERNAL REVENUE SERVICE<br>POB 7346<br>Philadelphia, PA 19101-7346 | $ 29,676.59 | $ 29,676.59 | $ 29,676.59 | $ 0.00 | $ 0.00 |
| | | | <5800-00 Claims of Governmental Units - § 507(a)(8)> | | | | | |
| 000037A | 02/19/14 | 570 | DEPT. OF REVENUE<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | $ 20,556.37 | $ 20,556.37 | $ 20,556.37 | $ 0.00 | $ 0.00 |
| | | | <5800-00 Claims of Governmental Units - § 507(a)(8)> | | | | | |
| | | | Total for Priority 570:    100% Paid | $ 50,232.96 | $ 50,232.96 | $ 50,232.96 | $ 0.00 | $ 0.00 |
| | | | Total for Priority Claims: | $ 50,232.96 | $ 50,232.96 | $ 50,232.96 | $ 0.00 | $ 0.00 |

Printed: 08/17/20 3:31 PM                                                                                           Page: 4

# Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Unsecured Claims:**

| | | 610 | Adriana Silva c/o Michael Freeland, Esq. Freedland Harwin, P | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Alexandria James c/o Bastola & Kirwan, P.A. 7000 S.E. Federa | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | American Express Plum Card PO Box 650448 Dallas, TX 75265-04 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Arlene Lopez c/o Michael C. Compo, P.A. 175 SW 7th St., #191 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Arnstein & Lehr, LLP 200 E Las Olas Blvd., #1700 Fort Lauder | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Avnel Wideman c/o Lisa Levine, Esq. Levine & Glassman 1655 N | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Berger Singerman LLP 126 S. Gadsden St., #300 Tallahassee, F | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Bunnell, Woulfe & Keller One financial Plaza #1000 100 SE 3r | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Catalina Life Sciences 18005 Sky Park Cir. Blvd. 54, #A/D Ir | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Chimpoulis, Hunter and Lynn 7901 SW 36th St., #206 Davie, FL | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Christina M. Campo c/o Jorge Silva, Esquire Silva and Silva, | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Christine Williams c/o Philip Freidin, Esq. One Biscayne Tow | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Damaris Mejias c/o Thomas Gamba, Esq. Gamba and Lombana, PA | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |

Printed: 08/17/20 3:31 PM                                                                                                                    Page: 5

# Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 610 | David Perez c/o Charles Flynn, Esq. Stolzenberg, Gelles & Fl | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Elsie Soto c/o Robert B. Brown, III, Esq. Whitfield, Bryson | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Estate of Rony Ellen Wendrow c/o Carey M. Fischer, P.A. 800 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Idell Frazer c/o James S. Haliczer, Esq. Haliczer, Pettis & | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Iolanda Jorge c/o Matthew P. Leto, Esq. Hall, Lamb & Hall, P | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Jade Holdings Group, LLC 11380 Prosperity Farms Rd #221E Pal | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Kendrick Mitchell c/o Ronald M. Zakarin, Esquire Schwartz, G | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Kim Sosely c/o Scott Henratty, Esq. Malvolve & Henratty 14 R | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Loren Miller c/o Robert Franklin, PA 2560 RCA Blvd. #111 Pal | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Lulu Stock c/o Jeff Vastola, Esq. 631 US Highway One, #202 N | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Maria Theresa & Welby Ramos c/o Herman Russomanno Russomanno | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Market Technologies, Inc. 3172 Bradford Pl. Birmingham, AL 3 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Marta and Jose Rios c/o Skip Pita, Esq. Pita, DelPrado & Mun | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | McKesson Specialty Distribution, LLC 15212 Collections Cente | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |

Printed: 08/17/20 3:31 PM                                                                                                      Page: 6

# Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 610 | Merz Aesthetics Dept. 2073 Denver, CO 80291 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Miriam Padilla-Distasi & Joseph Distasi c/o Skip Pita, Esq. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Oslar Padron c/o Steven Hunter, Esq. Hunter, Williams and Ly | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Pandora Media 2501 Network Pl. Chicago, IL 60673 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Phillip Calder c/o Phillip M. Warren, PA Rayvan Bldg. #300 3 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Rimma Rubinov c/o Julio Jaramillo, Esq, 7700 N, Kendall Dr, | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Rooter Express LLC 4741 New Jesup Hwy Brunswick, GA 31520 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Samanta M. Ricatti c/o Ronald M. Zakarin, Esquire Schwartz, | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Sprint PO Box 4191 Carol Stream, IL 60197-4191 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Tribune Broadcasting Co. c/o Benjamin Wise, Esq. Brown & Jos | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Ultimate Water PO Box 024908 Miami, FL 33102 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | WAQI/WQBA/WAMR/WRTO RADIO 800 Douglas Rd, Annex Bldg. #111 C | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | WHYI Clear Channel 7601 Riviera Blvd. Miramar, FL 33023 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | WMGE Clear Channel 7601 Riviera Blvd. Miramar, FL 33023 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |

Printed: 08/17/20 3:31 PM                                                                                                          Page: 7

# Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 610 | WPLG Channel 10 3401 W. Hallandale Beach Blvd. Pembroke Park | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | WSHE Clear Channel 7601 Riviera Blvd. Miramar, FL 33023 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Yamarys and Roberto Irizarry c/o Charles Flynn, Esq. Stolzen | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| | | 610 | Yolanda Westbrook c/o Sean Cleary, Esq. 19 W. Flagler St., # | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 000002B | 09/11/13 | 610 | INTERNAL REVENUE SERVICE POB 7346 Philadelphia, PA 19101-7346 | $ 800.00 | $ 800.00 | $ 22.28 | $ 777.72 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 000003 | 06/23/15 | 610 | BROWARD COUNTY RECORDS, TAXES & TRE Attn: Bankruptcy Section 115 S. Andrews Ave. # A-100 Ft. Lauderdale, FL 33301 | $ 29,437.01 | $ 29,437.01 | $ 819.86 | $ 28,617.15 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 000004 | 09/20/13 | 610 | TOYOTA MOTOR CREDIT CORPORATION c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 3,153.02 | $ 3,153.02 | $ 87.82 | $ 3,065.20 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 000005 | 09/30/13 | 610 | ARLENE LOPEZ c/o Michael C. Compo, P.A. 9999 NE 2nd Ave #306 Miami, FL 33138 | $ 365,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 000006 | 09/30/13 | 610 | CIT FINANCE LLC 10201 CENTURION PKWY. N #100 JACKSONVILLE, FL 32256 | $ 175,208.65 | $ 175,208.65 | $ 4,879.81 | $ 170,328.84 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |
| 000007 | 10/10/13 | 610 | KIMANI REEVES PR OF ESTATE OF Avnel Wideman, decedent Lisa S Levine PA, 1655 N Commerce Pkwy # Weston, FL 33326 | $ 5,000,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| | | | <7100-00 Section 726(a)(2) General Unsecured Claims> | | | | | |

## Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000008 | 10/15/13 | 610 | UNIVISION RADIO, INC.<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 73,206.14 | $ 73,206.14 | $ 2,038.90 | $ 71,167.24 | $ 0.00 |
| 000009 | 10/15/13 | 610 | MCKESSON SPECIALTY CARE DISTRIBUTIO<br>Venture, c/o Neil J Orleans<br>Law offices of Judith W. Ross, 700 N. Pe<br>Dallas, TX 75201<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 97,853.56 | $ 97,853.56 | $ 2,725.36 | $ 95,128.20 | $ 0.00 |
| 000010 | 10/24/13 | 610 | SPRINT NEXTEL<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,785.12 | $ 1,785.12 | $ 49.72 | $ 1,735.40 | $ 0.00 |
| 000011 | 10/25/13 | 610 | SWIFT FINANCIAL CORP<br>Capehart & SCatachard PA<br>8000 Midlantic Dr # 300-S, P.O Box 5016<br>Mt Laurel, NJ 08054<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 78,819.60 | $ 78,819.60 | $ 2,195.24 | $ 76,624.36 | $ 0.00 |
| 000012 | 11/04/13 | 610 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 237,936.08 | $ 237,936.08 | $ 6,626.86 | $ 231,309.22 | $ 0.00 |
| 000013 | 11/19/13 | 610 | CHIMPOULIS, HUNTER AND LYNN<br>150 S Pine Island Rd #510<br>Plantation, FL 33324<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 64,022.91 | $ 64,022.91 | $ 1,783.13 | $ 62,239.78 | $ 0.00 |
| 000014 | 11/20/13 | 610 | LULA STOCK<br>7000 SE Federal Hwy Suite 310<br>Stuart, FL 34997<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 500,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000015 | 01/15/15 | 610 | GENERAL ELECTRIC CAPITAL CORPORATIO<br>1010 Thomas Edison Blvd<br>Attention: Barbi Martin<br>Cedar Rapids, IA 52404<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 141,276.01 | $ 141,276.01 | $ 3,934.74 | $ 137,341.27 | $ 0.00 |

Printed: 08/17/20 3:31 PM                                                                                                        Page: 9

# Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000016 | 12/11/13 | 610 | CHRISTINA M. CAMPO<br>c/o Jorge Silva, Esquire<br>Silva and Silva, PA, 236 Valencia Av.<br>Coral Gables, FL 33134<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 325,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000017 | 12/12/13 | 610 | DAMARIS MEJIAS<br>c/o Thomas Gamba, Esq.<br>Gamba and Lombana, PA, 2701 Ponce de Leo<br>Coral Gables, FL 33134<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 41,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000018 | 12/20/13 | 610 | CHRISTINE WILLIAMS<br>c/o Philip Freidin, Esq.<br>One Biscayne Tower #3100, 2 South Biscay<br>Miami, FL 33131<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 471,528.47 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000019 | 12/27/13 | 610 | GREATAMERICA FINANCIAL SERVICES COR<br>Corporation<br>Peggy Upton, Litigation Specialist, PO B<br>Cedar Rapids, IA 52406<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,837.54 | $ 4,837.54 | $ 134.73 | $ 4,702.81 | $ 0.00 |
| 000020 | 01/02/14 | 610 | BUNNELL & WOULFE P.A.<br>PO BOX 30340<br>FORT LAUDERDALE, FL 33303<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 58,071.13 | $ 58,071.13 | $ 1,617.36 | $ 56,453.77 | $ 0.00 |
| 000021 | 12/31/13 | 610 | PHILLIP J CALDER<br>5100 Yellow Pine Lane<br>Tamarac, FL 33319-3558<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 15,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000022 | 01/02/14 | 610 | YAMARYS AND ROBERTO IRIZARRY<br>c/o Charles Flynn, Esq.<br>Stolzenberg, Gelles and Flynn, 1401 Bric<br>Miami, FL 33131<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 104,166.67 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000023 | 01/02/14 | 610 | DAVID PEREZ<br>c/o Charles Flynn, Esq.<br>Stolzenberg, Gelles & Flynn, 1401 Bricke<br>Miami, FL 33131<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 54,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |

## Claims Distribution Register

### Case:    13-31119 SRAI, INC.

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000024 | 01/06/14 | 610 | WHQT/WFLC/WEDR-FM RADIO<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 124,078.75 | $ 124,078.75 | $ 3,455.77 | $ 120,622.98 | $ 0.00 |
| 000025 | 01/06/14 | 610 | RIMMA RUBINOV<br>c/o Julio Jaramillo, Esq,<br>7700 N, Kendall Dr, #805<br>Miami, FL 33156<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 200,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000026 | 01/06/14 | 610 | RALPH MALING<br>300 Golfview Dr #205<br>N Palm Beach, FL 33408<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 127,166.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000027 | 01/06/14 | 610 | RALPH MALING<br>300 Golfview Dr #205<br>N Palm Beach, FL 33408<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 6,132.13 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000028 | 01/06/14 | 610 | RALPH MALING<br>300 Golfview Dr #205<br>N Palm Beach, FL 33408<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 38,150.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000029 | 01/07/14 | 610 | MATTHEW R. WENDROW, AS P.R. OF THE<br>Estate of Rony, c/o Carey M.Fischer, Esq<br>800 S.E. Third Ave., Suite 400<br>Fort Lauderdale, FL 33316-1152<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 475,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000030 | 01/07/14 | 610 | OSLAR PADRON<br>c/o Steven Hunter, Esq.<br>Hunter, Williams and Lynch, 6915 RED ROA<br>CORAL GABLES, FL 33143<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 85,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000031 | 01/07/14 | 610 | ARNSTEIN & LEHR, LLP<br>200 E Las Olas Blvd., #1700<br>Fort Lauderdale, FL 33301<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 149,917.09 | $ 149,917.09 | $ 4,175.40 | $ 145,741.69 | $ 0.00 |
| 000032 | 01/08/14 | 610 | MARTA AND JOSE RIOS<br>c/o Skip Pita, Esq.<br>Pita, DelPrado & Munoz, 9350 S. Dixie Hw<br>Miami, FL 33156<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 150,500.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Printed: 08/17/20 3:31 PM                                                                                                        Page: 11

# Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000033 | 01/08/14 | 610 | MIRIAM PADILLA-DISTASI & JOSEPH DIS<br>c/o Skip Pita, Esq.<br>Pita, DelPrado & Munoz, 9350 S. Dixie Hw<br>Miami, FL 33156<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 111,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000034 | 01/08/14 | 610 | MARIA TERESA RAMOS AND WELBY RAMOS<br>c/o Russomanno & Borrello, P.A.<br>Museum Tower - Penthouse 2800, 150 West<br>Miami, FL 33130<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 50,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000035 | 01/28/14 | 610 | YOLANDA WESTBROOK<br>c/o Sean Cleary, Esq.<br>19 W. Flagler St., #618<br>Miami, FL 33130<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,500,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000036 | 02/07/14 | 610 | KENDERIA MATHER, P.R.<br>c/o Haliczer, Pettis, & Schwamm, P.A.,<br>Attn: James S. Haliczer, 100 SE Third Av<br>Ft. Lauderdale, FL 33394<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 5,000,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000038 | 03/14/14 | 610 | BERGER SINGERMAN LLP<br>313 N Monroe St Suite 301<br>Tallahassee, FL 32301<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 8,795.39 | $ 8,795.39 | $ 244.96 | $ 8,550.43 | $ 0.00 |
| 000039 | 04/03/14 | 610 | MARA MAITLIN BOTONIS<br>c/o Jospeh D. Stewart, Esquire<br>2671 Airport Rd S #302<br>Naples, FL 34112<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,000,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| 000040 | 07/23/14 | 610 | ALLERGAN USA, INC.<br>c/o Judy Cobin, T2-7B<br>2525 Dupont Drive<br>Irvine, CA 92612<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 259,736.00 | $ 259,736.00 | $ 7,234.02 | $ 252,501.98 | $ 0.00 |
| 000041 | 09/29/14 | 610 | WSFL TRIBUNE BROADCASTING COMPANY<br>2775 Sunny Isles Blvd., Suite 100<br>Miami, FL 33160<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 8,645.34 | $ 8,645.34 | $ 240.79 | $ 8,404.55 | $ 0.00 |

## Claims Distribution Register

**Case:    13-31119 SRAI, INC.**

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000042 | 12/10/14 | 610 | Equity Trust Company Custodian FBO 200326695 IRA<br>c/o Jonathan S. Feldman<br>1079 NE 96 Street<br>Miami, FL 33138<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 25,000.00 | $ 894,746.77 | $ 24,919.97 | $ 869,826.80 | $ 0.00 |
| | | | Total for Priority 610:    2.78514% Paid | $ 17,161,222.61 | $ 16,728,274.43 | $ 465,906.24 | $ 16,262,368.19 | $ 0.00 |
| 000043 | 12/12/14 | 620 | ULTIMATE WATER<br>PO Box 024908<br>Miami, FL 33102<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 7,699.76 | $ 7,699.76 | $ 0.00 | $ 7,699.76 | $ 0.00 |
| 000044 | 12/12/14 | 620 | ULTIMATE WATER<br>PO Box 024908<br>Miami, FL 33102<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 3,222.23 | $ 3,222.23 | $ 0.00 | $ 3,222.23 | $ 0.00 |
| 000045 | 12/15/14 | 620 | ULTIMATE WATER<br>PO Box 024908<br>Miami, FL 33102<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 3,632.17 | $ 3,632.17 | $ 0.00 | $ 3,632.17 | $ 0.00 |
| 000046 | 12/15/14 | 620 | ULTIMATE WATER<br>PO Box 024908<br>Miami, FL 33102<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 1,597.26 | $ 1,597.26 | $ 0.00 | $ 1,597.26 | $ 0.00 |
| 000047 | 12/15/14 | 620 | ULTIMATE WATER<br>PO Box 024908<br>Miami, FL 33102<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 1,607.80 | $ 1,607.80 | $ 0.00 | $ 1,607.80 | $ 0.00 |
| 000048 | 12/15/14 | 620 | ULTIMATE WATER<br>PO Box 024908<br>Miami, FL 33102<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 1,647.54 | $ 1,647.54 | $ 0.00 | $ 1,647.54 | $ 0.00 |
| 000049 | 12/15/14 | 620 | ULTIMATE WATER<br>PO Box 024908<br>Miami, FL 33102<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 2,551.83 | $ 2,551.83 | $ 0.00 | $ 2,551.83 | $ 0.00 |
| | | | Total for Priority 620:    0% Paid | $ 21,958.59 | $ 21,958.59 | $ 0.00 | $ 21,958.59 | $ 0.00 |
| 000037B | 02/19/14 | 630 | DEPT. OF REVENUE<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668<br><7400-00 Subordinated General Unsecured> | $ 4,418.78 | $ 4,418.78 | $ 0.00 | $ 4,418.78 | $ 0.00 |
| | | | Total for Priority 630:    0% Paid | $ 4,418.78 | $ 4,418.78 | $ 0.00 | $ 4,418.78 | $ 0.00 |

Printed: 08/17/20 3:31 PM

Page: 13

# Claims Distribution Register

**Case:** 13-31119 SRAI, INC.

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | Total for Unsecured Claims: | $ 17,187,599.98 | $ 16,754,651.80 | $ 465,906.24 | $ 16,288,745.56 | $ 0.00 |
| | | | Total for Case: | $ 17,538,791.59 | $ 17,099,419.49 | $ 810,673.93 | $ 16,288,745.56 | $ 0.00 |